| ☐ | **CHAPTER 13 PLAN** | ☒ | JACKSONVILLE **AMENDED PLAN DATED** March 19th 2010 |

FILED
JACKSONVILLE
2010 MAR 19 PM 12:42

Debtor(s) Anthony S. Quarterman         Case No. 3:09-bk-06897-PMG

The projected disposable income of the debtor(s) is submitted to the supervision and control of the Trustee, and the debtor(s) shall pay to the Trustee by money order or cashier check commencing by the 30th day following the filing of the original Chapter 13 Plan the sum of $ 354.01 for months No. 3 to month 55 ; $ ___-___ for month ___-___ to month ___-___; and $ ___-___ for month ___-___ to month ___-___. (Or see table on reverse hereof.) From the payments received, the Trustee shall make disbursements as follows:

PRIORITY: The Trustee percentage fee as set by the United States Trustee, AND:

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| Trustee | 1,769.90 | 32.18 | 55 |

Continued on the next page? _____

SECURED:

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| Wells Fargo Auto Finance | 15,950.84 | 278.81 | 55 |
| Badcock | 2,355.65 | 42.83 | 55 |

Continued on the next page? _____

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| UNSECURED CREDITORS | 10.45 | 0.19 | 55 |

VALUATION OF SECURITY:

| Name of Creditor | Claim Amount | Valued Amount | Plus % Int. | Payment Amount | Payment Numbers |
|---|---|---|---|---|---|
| | | | | | |

Continued on the next page? _____

CREDITORS' LIENS TO BE AVOIDED:
Creditors' Names:

UNSECURED CREDITORS whose claims are allowed shall receive a pro rata share of the balance of funds remaining after payments to Priority and Secured creditors are made.
Approximate percentage: _____%

OTHER PROVISIONS:
1. Secured creditors shall retain their liens until their claims are paid in full.
2. Assumption or rejection of executory contracts and unexpired leases shall be accomplished by notice separate from this plan.

Dated: May 19 2010        _____        _____
                          Signature of Debtor                Signature of Joint Debtor

Dated: _____        _____
                                Attorney for Debtor