UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: )
)
ANTHONY STEVEN QUARTERMAN ) CASE NO.: 09-06897
) CHAPTER 13
Debtor. )

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Creditor, AMERICAN GENERAL HOME EQUITY, INC., by and through its undersigned counsel hereby submits its Notice of Appearance and Request for Notice. Pursuant to Bankruptcy Rule 2002, creditor requests copies of all pleadings and notices to creditors or other parties in interest be addressed to Daniel M. Copeland, Attorney at Law, P.A., 9310 Old Kings Road South, Suite 1501, Jacksonville, FL 32257, and pursuant to Bankruptcy 2002, requests its name and address be added to the Clerk's matrix list of Creditors.

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance and Request for Notice has been furnished to the following parties either electronically or regular U.S. Mail on April 14, 2010.

Anthony Steven Quarterman
3487 Melissa Cove Way
Jacksonville, FL 32218

Douglas W. Neway
P.O. Box 4308
Jacksonville, FL 32201

DANIEL M. COPELAND, ATTORNEY
AT LAW, P.A.,

/s/ Daniel M. Copeland

Daniel M. Copeland
Florida Bar No.: 621595
Rachel McClelland
Florida Bar No.: 643335
9310 Old Kings Road, South, Suite 1501
Jacksonville, FL 32257
Telephone: (904) 482-0616
Facsimile: (904) 482-0618
Attorneys for American General Home
Equity, Inc.