UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                          )
                                                )
ANTHONY STEVEN QUARTERMAN        )          CASE NO.:  09-06897
                                                )          CHAPTER 13
                        Debtor.             )

## MOTION FOR RELIEF FROM STAY

Movant, AMERICAN GENERAL HOME EQUITY, INC. by and through its undersigned attorney shows the Court:

1.      Movant is secured creditor of the above Debtor and brings this Motion pursuant to the provisions of Section 362 (d) of the Bankruptcy Code.

2.      The Debtor owns certain property in Duval County, Florida described as:

Lot 64, Lots Estate Unit One, according to plat thereof as recorded in Plat Book 54, pages 25, 25A through 25E, of the current public records of Duval County, Florida.

3.      Debtor owns the above real property subject to a promissory note and mortgage securing same dated September 18, 2007, which note and mortgage are held by Movant.  A copy of the note and mortgage are attached hereto as Exhibit "A".

4.      There is due to Movant under the note and mortgage the sum of $186,496.33, as of August 25, 2008, together with per diem interest at the rate of $50.00 per day, accruing each and every day from August 25, 2008 through the date this court determines the real property in question is part of the bankruptcy estate.

5.      Creditor does not have adequate protection as the Debtor has no equity in the real property.

6.     The subject real property is not necessary to an effective reorganization by Debtor, and Debtor has little or no equity in the property.

WHEREFORE, Movant, AMERICAN GENERAL HOME EQUITY, INC., moves this Court to enter its order granting Movant relief from stay, and granting such other relief as to the Court may deem just and proper.

DANIEL M. COPELAND, ATTORNEY
AT LAW, P.A.,

Daniel M.Copeland
Florida Bar No.: 621595
Rachel McClelland
Florida Bar No.: 643335
9310 Old Kings Road, South, Suite 1501
Jacksonville, FL 32257
Telephone: (904) 482-0616
Facsimile: (904) 482-0618
Attorneys for American General Home
    Equity, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing MOTION FOR RELIEF FROM STAY was served this 14th day of April, 20100 either by electronic transmission or by United States First Class Mail, postage prepaid, addressed to:

Anthony Steven Quarterman
3487 Melissa Cove Way
Jacksonville, FL 32218

Douglas W. Neway
P.O. Box 4308
Jacksonville, FL 32201

Attorney